UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Billy Cepero, | Case No.: 2:24-cv-01823-APG-MDC |
| Petitioner | **Order Dismissing Petition with Leave to Amend** |
| v. | |
| Brian Williams, | |
| Respondent | |

Petitioner Billy Cepero has attempted to initiate a § 2254 habeas petition for writ of habeas corpus and has now paid the filing fee. *See* ECF No. 1-1, 5. In his 73-page submission, he asks that Exhibit A, which he represents to be 13 pages, be filed as the petition. *See* ECF No. 1-1 at 10. The purported Exhibit A is much longer than that; further, Cepero includes blank pages of this court's required habeas petition form, but his submission does not substantially follow the form. LSR 3-1. While he appears to seek to challenge the calculation of his sentence, the precise claim is unclear. Therefore, the court dismisses Cepero's petition with leave to file an amended habeas corpus petition on the court's § 2254 habeas form. He must clearly set forth each federal habeas ground and briefly set forth the factual basis for each ground. He must also state whether he has previously raised the same claim regarding the same judgment of conviction in this court.

I THEREFORE ORDER that the Clerk of Court detach and electronically file the petition [ECF No. 1-1].

I FURTHER ORDER that the petition is **DISMISSED with leave to file an amended habeas corpus petition** within **30 days** of the date of this order and in conformance with this order.

The Clerk is directed to send to petitioner one copy of this court's form § 2254 habeas petition, one copy of the information and instructions for filing a § 2254 habeas petition, and one copy of the papers petitioner has filed in this action.

Petitioner is expressly advised that failure to file an amended petition in conformance with this order will result in the dismissal of this action without prejudice and without further prior notice.

DATED this 27th day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE