**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Billy Cepero,

    Petitioner

v.

Brian Williams,

    Respondent

Case No.: 2:24-cv-01823-APG-MDC

**Order Granting Extension to File Response to Petition to April 22, 2025**

The respondents ask the court for a 7-day extension of time to file their response to Billy Cepero's *pro se* amended 28 U.S.C. § 2254 petition for writ of habeas corpus. ECF No. 15. Good cause appearing,

I ORDER that the respondents' motion for extension of time to file a response to the petition **[ECF No. 15] is granted** *nunc pro tunc*. **The deadline to respond is extended to April 22, 2025.**

DATED this 16th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE