UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Billy Cepero, | Case No.: 2:24-cv-01823-APG-MDC |
| Petitioner | **Order** |
| v. | |
| Brian Williams, | |
| Respondent | |

The Court denied 28 U.S.C. § 2254 habeas corpus petitioner Billy Cepero's motion for appointment of counsel on June 11, 2025. ECF No. 35. That order was served on Cepero at his address of record but was returned as undeliverable. *See* ECF No. 36. Cepero has now filed a notice of change of address. ECF No. 37.

I THEREFORE ORDER that the Clerk of Court send the order denying the motion for counsel [ECF No. 35] to petitioner at his updated address [*see* ECF No. 37].

DATED this 22nd day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE