**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| BILLY CEPERO, | Case No.: 2:24-cv-01823-APG-MDC |
| Petitioner, | **Order**<br>**Granting Motion for Extension of Time**<br>**and Denying, without Prejudice, as Moot,**<br>**Application to Proceed *in Forma Pauperis*** |
| v. | |
| BRIAN WILLIAMS, *et al.,* | **(ECF Nos. 42, 44)** |
| Respondents. | |

In this habeas corpus action, the respondents filed a motion to dismiss on December 15, 2025. ECF No. 40.  The *pro se* petitioner, Billy Cepero, filed an opposition to the motion to dismiss on January 27, 2026. ECF No. 43.  The respondents then had until February 26, 2026 to file a reply. *See* ECF No. 39 (30 days for reply).  On February 24, the respondents moved for a 32-day extension of time, to March 30, 2026. ECF No. 44.  Their counsel states that the extension is necessary because of obligations in other cases.  I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.  I will grant it.

On January 27, 2026, Cepero filed an application to proceed *in forma pauperis.* ECF No. 42.  That application is moot: the docket reflects that Cepero paid the filing fee for this action on October 28, 2024. ECF No. 5.  I will therefore deny the application to proceed *in forma pauperis*, without prejudice, as moot.

I THEREFORE ORDER that the respondents' Motion for Enlargement of Time **[ECF No. 44] is granted**.  The respondents will have until and including **March 30, 2026** to file a reply in support of their motion to dismiss.

I FURHER ORDER that the petitioner's Application to Proceed *in Forma Pauperis* **[ECF No. 42] is denied, without prejudice, as moot**.

DATED: February 24, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2